Robert Stroup
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011
Telephone: 212 627-8100
Facsimile: 212 627-8182
rstroup@levyratner.com

Elisabeth Oppenheimer
Bredhoff & Kaiser, P.L.L.C.
805 15th St. N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
eoppeneimer@bredhoff.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PACE INDUSTRY UNION-MANAGEMENT PENSION FUND,** | Miscellaneous No. **19-MC-461** |
| Plaintiff, | This document relates to: **Ely v. Board of Trustees of the PACE Industry Union-Management Pension Fund,** D. Idaho. Case No. 3:19-cv-315-CWD |
| v. | |
| **MERCER, INC.** | |
| Defendant. | |

### NOTICE OF MOTION TO COMPEL RESPONSE TO SUBPOENA

PLEASE TAKE NOTICE that, upon this Motion to Compel Response to Subpoena, together with the accompanying Memorandum of Law in Support, and the annexed declaration and exhibit(s) of Plaintiffs' Board of Trustees of the Pace Industry Union-Management Pension Fund ("PIUMPF"), the undersigned will move before this Court, located in the courtroom of the Presiding Judge in New York, New York, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 45: (i) overruling non-party Mercer, Inc.'s objections to the

1

dated August 14, 2019 subpoena, duly served upon Mercer in *Donnie Ely, v. Board of Trustees of the Pace Industry Union-Management Pension Fund*, Civil Case No. 3:18-cv-00315-CWD, pending in the United States District Court for the District of Idaho, and requiring Mercer to comply with the subpoena by responding to all document requests within twenty-one (21) days of the Court's Order; (ii) for their attorneys' fees and costs incurred in bringing this motion; and (iii) granting all such other and further relief as is necessary and appropriate.

Dated:  October 15, 2019

Respectfully submitted,

*/s/ Robert H. Stroup*
Robert H. Stroup
LEVY RATNER, P.C.
80 8th Street, 8th Floor
New York, NY 10011
Phone: (212)627-8100
Fax: (212) 627-8142
Email: rstroup@levyratner.com

-and-

Elisabeth Oppenheimer*
Bredhoff & Kaiser, P.L.L.C.
805 15th St. N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Email:  eoppeneimer@bredhoff.com

*Attorneys for PIUMPF*
**Pro Hac Vice motion to be filed forthwith*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2019, I filed the foregoing electronically through the CM/ECF system.  The document will be served via process server on Mercer's registered agent CT Corporation System, 28 Liberty Street, New York, NY 10005 on October 15, 2009, and will also be served on October 15, 2019 via FedEx and email on Mercer's counsel at the following address:  Ronnie Brandes, Marsh & McLennan Companies, Inc., 1166 Avenue of the Americas, New York, New York 10036, ronnie.brandes@mercer.com.

Andrea J. Rosholt, Attorney for Plaintiff Donnie Ely
(arosholt@hawleytroxell.com)

Brad P. Miller, Attorney for Plaintiff Donnie Ely
(bmiller@hawleytroxell.com)

James P. Baker, Attorney for Plaintiff Donnie Ely
(james.baker@bakermckenzie.com)

Douglas A. Darch, Attorney for Plaintiff Donnie Ely
(douglas.darch@backermckenzie.com)

/s/ Robert H. Stroup
Robert H. Stroup